v00154










 
 
 
NUMBER 13-04-349-CV
COURT OF APPEALS
THIRTEENTH DISTRICT OF TEXAS
CORPUS CHRISTI - EDINBURG
__________________________________________________________
IN RE: BAY AREA HEALTHCARE GROUP, LTD. D/B/A 
THE CORPUS CHRISTI MEDICAL CENTER A/K/A 
DOCTORS REGIONAL MEDICAL CENTER, Relator.
__________________________________________________________
On Petition for Writ of Mandamus
_______________________________ ___________________________
MEMORANDUM OPINION 
Before Justices Rodriguez, Garza and Wittig



Memorandum Opinion Per Curiam
 
         Relator filed a petition for writ of mandamus in the above cause on July 7,
2004, requesting a writ directing Respondent, the Honorable Robert J. Vargas,
Presiding Judge of the County Court at Law No. 1, Nueces County, to vacate his order
dated June 24, 2004 requiring the production of certain medical records. The petition
was not accompanied by an affidavit verifying the factual statements contained in the
petition as required by the rules of appellate procedure. See Tex. R. App. P. 52.3 (“All
factual statements in the petition must be verified by affidavit made on personal
knowledge by an affiant competent to testify to the matters stated.”). Accordingly,
we deny the petition for writ of mandamus.                   PER CURIAM

Memorandum opinion delivered and filed 
this the 2nd day of August, 2004.